Former decision, 563 U.S. 1012, 131 S. Ct. 2911, 179 L. Ed. 2d 1254, 2011 U.S. LEXIS 3996.

**No. 10-9900. B. J. G., Petitioner v. St. Charles County Sheriff, et al.**

564 U.S. 1062, 132 S. Ct. 66, 180 L. Ed. 2d 934, 2011 U.S. LEXIS 5168.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1006, 131 S. Ct. 2993, 180 L. Ed. 2d 825, 2011 U.S. LEXIS 4387.

**No. 10-9988. S. G., Petitioner v. J. H.**

564 U.S. 1062, 132 S. Ct. 66, 180 L. Ed. 2d 934, 2011 U.S. LEXIS 5158.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1008, 131 S. Ct. 2999, 180 L. Ed. 2d 828, 2011 U.S. LEXIS 4509.

**No. 10-10013. Charles Brandon Parks, Petitioner v. Randall Lowe, et al.**

564 U.S. 1062, 132 S. Ct. 66, 180 L. Ed. 2d 934, 2011 U.S. LEXIS 5180.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1023, 131 S. Ct. 3028, 180 L. Ed. 2d 852, 2011 U.S. LEXIS 4642.

**No. 10-10015. Julio Alberto Marcos, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1062, 132 S. Ct. 66, 180 L. Ed. 2d 934, 2011 U.S. LEXIS 5162.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1023, 131 S. Ct. 3029, 180 L. Ed. 2d 853, 2011 U.S. LEXIS 4616.

**No. 10-10101. Coy McKaughan, Petitioner v. Tennessee.**

564 U.S. 1062, 132 S. Ct. 66, 180 L. Ed. 2d 934, 2011 U.S. LEXIS 5175.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1041, 131 S. Ct. 3065, 180 L. Ed. 2d 893, 2011 U.S. LEXIS 4913.

**No. 10-10121. Gary J. Salinas, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1062, 132 S. Ct. 66, 180 L. Ed. 2d 934, 2011 U.S. LEXIS 5159.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1041, 131 S. Ct. 3067, 180 L. Ed. 2d 894, 2011 U.S. LEXIS 4841.

**No. 10-10127. Ali Partovi, Petitioner v. United States.**

564 U.S. 1062, 132 S. Ct. 67, 180 L. Ed. 2d 934, 2011 U.S. LEXIS 5156.

September 2, 2011. Petition for rehearing denied.